## SCHEDULE A

